```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/10/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JAMES MURPHY, for himself and on behalf
of all other persons similarly situated,

                                    Plaintiff,

                 -against-

SEAN KELLY.,

                                  Defendant.
-----------------------------------------------------------------X

**21-CV-10045 (AJN) (KHP)**

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the Order of Discontinuance filed on February 9, 2022 (doc. no 13) the Initial Case Management Conference currently scheduled for **February 23, 2022** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:     New York, New York
              February 10, 2022

                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge